UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              CASE NO. 13-CR-20156
                              HONORABLE GEORGE CARAM STEEH

D-9 DANNY JUAREZ,

    Defendant.
_____/

## ORDER DENYING WITHOUT PREJUDICE
## DEFENDANT'S REQUEST FOR EVIDENTIARY HEARING

Defendant has filed a motion to suppress wiretap evidence and seeks an evidentiary hearing on the issue of whether the government failed to minimize non-incriminating calls and either deliberately or recklessly filed false or misleading reports as to the number of calls minimized. After reviewing defendant's motion and the government's response, it does not appear at this time that an evidentiary hearing is warranted and the government can respond by proffer, declaration, and argument at the hearing scheduled for May 11, 2015. The court may revisit the question of whether an evidentiary hearing is necessary at that motion hearing. Accordingly, defendant's motion for an evidentiary hearing (Doc. 258) hereby is DENIED WITHOUT PREJUDICE.

    **IT IS SO ORDERED**.

Dated: May 1, 2015

                                    s/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 1, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk